UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



FILED
APR 22 2004
IN OPEN COURT

Carlo Conti,

    Petitioner,

vs.

CASE NO.: 8:04-CV-819-T-27TBM

Xhilda Tushe Conti,

    Respondent.
_____/

## MOTION FOR SPECIAL ADMISSION
## ON BEHALF OF RESPONDENT XHILDA TUSHE CONTI

Pursuant to Rule 2.02 AND 2.03 of the Local Rules for the Middle District of Florida, the undersigned attorney hereby petitions the Court for special admission on behalf of Respondent, Xhilda Tushe Conti, in all matters with respect to Petitioner, Carlo Conti's Petition for Return of Child to Petitioner and Petition for Immediate Issuance of Show Cause Order to Respondent, and as grounds therefore would state:

1. This Court held an evidentiary hearing at 10:00 a.m. on April 20, 2004.

2. At the April 20th evidentiary hearing, Petitioner, Carlo Conti, was represented by counsel, however, Respondent, Xhilda Tushe Conti, was unrepresented, as Respondent was unable to retain counsel after much effort to do so.

3. The undersigned attorney was effectively briefed on the facts related to Mrs. Conti's defense, and as to her dire need for legal services by international lawyer Michael Berry, Sr., Esquire.

4. The undersigned attorney is sensitive to the need of Mrs. Conti and to the



1

concerns she has for the safety of her child, and has agreed to represent their interests in a partial pro bono fashion.

5. The undersigned attorney has also attached a copy of his application for admission to the United District Court Middle District of Florida, including the affidavits of two members in good standing of the bar of this Court.

**WHEREFORE,** the undersigned, H. Starr Parker, Esquire, respectfully requests that this Honorable Court approve his application for admission to the bar of this Court, and also grant his Motion for a Special Admission on behalf of Respondent, Xhilda Tushe Conti, in all matters related to the above-styled action.

## CERTIFICATE OF SERVICE

I hereby certify that this document, excepting the undersigned application for admission, has been served by hand upon counsel for the Petitioner this 22nd day of April, 2004.

Respectfully Submitted By: _____
H. Starr Parker, Esquire
Law Offices of Starr Parker, P.A.
P.O. Box 3353
Riverview, FL 33568-3353
Telephone: 813.655.7325
Facsimile: 813.655.7324
FBN: 0625116
Attorney for the Respondent